IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN AYERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. D. LOZANO, et. al.,<br><br>　　　　Defendants. | No. C 13-04428 HRL (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, a state prisoner at Salinas Valley State Prison, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's initial complaint was dismissed with leave to amend to file a complaint containing only claims personal to Plaintiff. (Docket No. 14.) Plaintiff filed a first amended complaint (Docket No. 15), which was dismissed with leave to amend (Docket No. 18.) Plaintiff was ordered to file a second amended complaint by March 11, 2015. (Docket No. 18 at 3-4.) The Court granted Plaintiff an extension of time to May 5, 2015, to file his second amended complaint. (Docket No. 19.) Plaintiff was warned that failure to file a second amended complaint by the deadline would result in dismissal of this action. (*Id.*)

//

//

1  The deadline has passed, and Plaintiff has not filed a second amended complaint.
2  Accordingly, the Court dismisses this action without prejudice. The Clerk shall terminate
3  all pending motions and deadlines.

DATED: 5/22/15

HOWARD R. LLOYD
United States Magistrate Judge